**SIRI & GLIMSTAD LLP**
Mason Barney (*admitted pro hac vice*)
Email: mbarney@sirillp.com
Steven D. Cohen (to be *admitted pro hac vice*)
Email: scohen@sirillp.com
745 Fifth Ave, Suite 500
New York, NY 10151
Telephone: 212-532-1091
Facsimile: 646-417-5967

**PRECEPT GROUP, LLP**
Christopher Wren Czaplak (Cal. Bar No. 338818)
Email: chris@precept.co
8030 La Mesa Blvd., #268
La Mesa, CA 91942
Telephone: 619-354-4434
Facsimile: 866-265-7238

*Attorneys for Plaintiffs and the Class*

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARTER AND CHRISTOPHER CLARKIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIVENDI TICKETING US LLC d/b/a SEE TICKETS,<br><br>Defendant. | Case No. 8:22-cv-01981-CJC-DFM<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE:** June 5, 2023<br>**TIME:** 1:30 p.m.<br>**COURTROOM:** 9 B<br>**JUDGE:** Hon. Cormac J. Carney |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 5, 2023 at 1:30 p.m., or as soon thereafter as counsel may be heard, before the Honorable Cormac J. Carney, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9 B, Santa Ana, CA, 92701-4516, Plaintiffs will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

Plaintiffs base their Motion for Preliminary Approval of Class Action Settlement (their "Motion") on: this Notice; the Memorandum of Points and Authorities filed in support thereof; the Settlement Agreement and Release ("Settlement Agreement") and all exhibits attached thereto; the Declaration of Mason A. Barney in Support of Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement, and the exhibits thereto; all other records and papers on file in this action; any oral argument on their Motion; and all other matters properly before the Court.

Plaintiffs seek an order pursuant to Federal Rule of Civil Procedure 23(b)(3) certifying the Settlement Class more fully described in the Settlement Agreement, filed concurrently herewith; preliminarily approving the settlement as fair, reasonable, and adequate; directing notice to be disseminated to the Settlement Class in the form and manner proposed by the parties as set forth in the Settlement Agreement and attached as Exhibits A and B thereto; appointing Angeion Group to serve as the Settlement Administrator; appointing Plaintiffs as Class Representatives and their attorneys as Class Counsel; and setting a hearing date and schedule for final approval of the settlement and consideration of Class Counsel's forthcoming motion for an award of fees, costs, expenses, and service awards.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place at the mediation held on January 30, 2023, and during

1  discussions pertaining to the settlement held at numerous times and on numerous
2  dates thereafter. Defendant does not oppose certification of the Settlement Class
3  solely for purposes of settlement.

5  DATED: May 2, 2023                    Respectfully Submitted,

                                         */s/ Mason A. Barney*

                                         Mason A. Barney, Esq. (*pro hac vice*)
                                         Steven D. Cohen, Esq. (to be admitted *pro hac vice*)
                                         SIRI & GLIMSTAD LLP
                                         745 Fifth Ave, Suite 500
                                         New York, NY 10151
                                         Telephone: 212-532-1091
                                         Facsimile: 646-417-5967
                                         Email: mbarney@sirillp.com
                                         Email: scohen@sirillp.com

                                         Christopher Wren Czaplak, Esq.
                                         (Cal. Bar No. 338818)
                                         PRECEPT GROUP, LLP
                                         8030 La Mesa Blvd., #268
                                         La Mesa, CA 91942
                                         Telephone: 619-354-4434
                                         Facsimile: 866-265-7238
                                         Email: chris@precept.co

                                         *Attorneys for Plaintiffs and the Proposed Class*