**SIRI & GLIMSTAD LLP**
Mason Barney, Esq. (*pro hac vice*)
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER CARTER AND CHRISTOPHER CLARKIN,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**VIVENDI TICKETING US LLC d/b/a SEE TICKETS,**<br><br>Defendant. | Case No.: 8:22-cv-01981-CJC-DFM<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE: October 30, 2023<br>TIME: 1:30 p.m.<br>COURTROOM:9B<br>JUDGE: Hon. Cormac J. Carney |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 30, 2023, at 1:30 p.m., or as soon thereafter as counsel may be heard, before the Honorable Cormac J. Carney, at Ronald Reagan Federal building and United States Courthouse, 411 West Fourth

1  Street, Courtroom 9B, Santa Ana, California 98701-4516, Plaintiffs will and hereby
2  do move this Court for an Order pursuant to Rules 23 of the Federal Rules of Civil
3  Procedure granting Plaintiffs' Motion for Final Approval of Class Action
4  Settlement.

5      Plaintiffs base their Motion for Final Approval of Class Action Settlement
6  (the "Motion") on (a) this Notice; (b) the Memorandum of Points and Authorities
7  filed in support thereof; (c) the Class Action Settlement Agreement and Release
8  ("Settlement Agreement") and all exhibits attached thereto; (d) the Declaration of
9  Mason A. Barney in Support of Plaintiffs' Motion for Final Approval of Class
10 Action Settlement; (e) the Supplemental Declaration of Sara Rugg Regarding
11 Settlement Administration; (f) all other records and papers on file in this action; (g)
12 any oral argument on the Motion; and (h) all other matters properly before the Court.

13     Plaintiff respectfully requests that the Court grant the relief requested in the
14 [Proposed] Final Approval Order and Judgment submitted herewith.

15     This Motion is made following the conference of counsel pursuant to L.R. 7-
16 3 which took place at the mediation on March 10 and March 15, 2022, and at
17 numerous times and on numerous dates thereafter.

Dated: October 13, 2023.

**SIRI & GLIMSTAD LLP**

/s/ Mason A. Barney
 **MASON A. BARNEY**

Mason Barney, Esq. (pro hac vice)
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: 212-532-1091
Facsimile: 646-417-5967
mbarney@sirillp.com

*Interim Class Counsel*