SIRI & GLIMSTAD LLP
Mason Barney (*pro hac vice*)
mbarney@sirillp.com
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
Facsimile: 646-417-5967

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER CARTER AND CHRISTOPHER CLARKIN,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**VIVENDI TICKETING US LLC d/b/a SEE TICKETS**,<br><br>Defendants. | Case No. 8:22-cv-01981-CJC-DFM<br><br>**SUPPLEMENTAL DECLARATION OF MASON A. BARNEY IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS FOR: (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT; AND (2) ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS TO REPRESENTATIVE PLAINTIFFS**<br><br>DATE: October 30, 2023<br>TIME: 1:30 p.m.<br>COURTROOM:9B<br>JUDGE: Hon. Cormac J. Carney |

1

I, Mason A. Barney, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and a partner with Siri & Glimstad LLP ("Siri & Glimstad"). Siri & Glimstad ("Interim Class Counsel") represents Plaintiffs Jennifer Carter and Christopher Clarkin (collectively, "Plaintiffs") and the Settlement Class in this action against Vivendi Ticketing US LLC d/b/a See Tickets ("See Tickets"). I submit this supplemental declaration in further support of Plaintiffs' Motions for (1) Final Approval of Class Action Settlement, and (2) Attorneys' Fees, Expenses, and Service Awards to Representative Plaintiffs.

2. The following facts are based upon my personal knowledge and the records kept by my firm, if called upon to do so, I could, and would, competently testify thereto.

3. Attached hereto as **Exhibit A** is a chart created from my firm's contemporaneous time keeping records, which breaks down by professional the total amount of time expended by myself and members of my firm in the prosecution of this case from September 18, 2023 through October 15, 2023.

4. Attached hereto as **Exhibit B** is a chart created from my firm's contemporaneous time keeping records, which categorizes each type of work performed by myself and members of my firm in the prosecution of this case from September 18, 2023 through October 15, 2023.

5. Including the time detailed in Exhibit A, Interim Class Counsel's firm, under my direction, has spent a total of 537.40 hours prosecuting this Action and incurred a total lodestar of $325,452.50, none of which has been paid yet. This lodestar still does not include the time Interim Class Counsel will spend in the future preparing for and arguing at the final approval hearing, briefing and arguing an appeal, if any, supervising the Settlement Administrator, and communicating with Settlement Class Members.

2

SUPPLEMENTAL DECLARATION OF MASON A. BARNEY IN FURTHER SUPPORT OF
PLAINTIFFS' MOTIONS FOR: (1) FINAL APPROVAL OF CLASS ACTION
SETTLEMENT; AND (2) ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

6. Regarding Ms. Lau's objection to the claim deadline, on October 10, 2023, I spoke with Ms. Lau over the telephone, and on October 11, 2023, I attempted to contact her again by phone and email before she filed her objection to offer her the opportunity to make a late claim. Ms. Lau did not return my phone calls or email.

7. Thirteen other Settlement Class Members filed late claims on September 28, 2023, one day after the September 27, 2023 claims deadline. With See Tickets' consent, Plaintiffs accepted these thirteen late claims, which are included in the Settlement Administrator's claims calculations.

8. Regarding Ms. Lau's objection to the See Tickets discount benefit, the settlement was structured to provide primarily cash benefits to Settlement Class Members because, even though some Participating Class Members like Ms. Lau may find a larger discount useful, others may not, and cash permits each Settlement Class Member to use the funds as they see fit. The See Tickets discount benefit was primarily intended to provide a small additional settlement benefit for Participating Class Members in addition to the cash benefits. To be clear, Plaintiffs are not using the value of the discount benefit in calculating the request for attorneys' fees, or the value of the overall settlement, because the discount benefit is not being paid from the Settlement Fund, instead See Tickets agreed to cover the cost for the discount separately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of October 2023, at New York, New York.

/s/ Mason A. Barney
MASON A. BARNEY
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151

3

1  
2  Tel: (212) 532-1091  
E: mbarney@sirillp.com

3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

4

SUPPLEMENTAL DECLARATION OF MASON A. BARNEY IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS FOR: (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT; AND (2) ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS