# EXHIBIT A

*Carter v. Vivendi Ticketing US LLC d/b/a See Tickets*
**Case No. 8:22-cv-01981-CJC-DFM**

Time Expended By Professional
From September 18, 2023 through October 15, 2023

| Professional | Rate | Hours | Loadstar |
|---|---|---|---|
| Mason A. Barney | $825.00 | 29.00 | $23,925.00 |
| Tyler J. Bean | $575.00 | 14.20 | $8,165.00 |
| Gabrielle Williams | $575.00 | 39.60 | $22,770.00 |
| Enrica Peters | $225.00 | 12.80 | $2,880.00 |
| Alcira Pena | $225.00 | 12.30 | $2,767.50 |
| Quinn Taylor[1] | $0.00 | 3.60 | $0.00 |
|  |  |  |  |
| **Total** |  | 111.50 | $60,507.50 |

---

[1] Mr. Taylor is a law student interning at Siri & Glimstad LLP. His time is included in the total hours, but the firm is not including his time in its loadstar calculation.